

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00511-CR

Tony **RIOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2251
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 1, 2014.

_____
Patricia O. Alvarez, Justice